IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAPA EXTRUSIONS, INC., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | 3:13-cv-02827 |
| v. | : | |
| | : | |
| LIBERTY MUTUAL INSURANCE COMPANY, et al., | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT SAPA EXTRUSIONS, INC.'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Sapa Extrusions, Inc., by and through its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant American Guarantee & Liability Insurance Company.

Dated: December 31, 2013     /s/ William H. Pillsbury
William H. Pillsbury, Esquire
I.D. 93734
Offit Kurman
1801 Market Street
Suite 2300
Philadelphia, PA  19103
(267) 338-1321 (office)
(267) 338-1335 (facsimile)
wpillsbury@offitkurman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of December, 2013, a true and correct copy of the foregoing Plaintiff Sapa Extrusions, Inc.'s Notice of Voluntary Dismissal of Defendant American Guarantee & Liability Insurance Company Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) was filed electronically, which constitutes service upon all counsel of record and sent by electronic mail to counsel for American Guarantee & Liability Insurance Company.

    /s/ William H. Pillsbury
WILLIAM H. PILLSBURY, ESQUIRE

4825-7602-7671, v. 1