# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SAPA EXTRUSIONS, INC.** *f/k/a* *Alcoa Extrusions, Inc.* : | |
| : | |
| **Plaintiff** | **CIVIL ACTION NO. 3:13-2827** |
| : | |
| **v** | |
| : | **(JUDGE MANNION)** |
| **LIBERTY MUTUAL INSURANCE COMPANY,** *et al.* : | |
| **Defendants** : | |

## AMENDED ORDER

For the reasons discussed in the court's memorandum issued this same day,

**IT IS HEREBY ORDERED THAT:**

(1)   The Insurance Company of the State of Pennsylvania's motion, (Doc. 19), is **DENIED**;

(2)   National Union's motion is **GRANTED IN PART** insofar as the plaintiff has failed to plead sufficient damages to trigger the umbrella policies. In all other respects, National Union's motion is **DENIED**. Counts 3, 4, 5, 6, and 30 are **DISMISSED WITHOUT PREJUDICE**;

(3)   Gerling's motion, (Doc. 42), is **GRANTED**. Counts 7, 8, 25, and 26 are **DISMISSED WITHOUT PREJUDICE**;

(4)   The plaintiff is granted leave to amend its complaint by **August 15, 2014**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: August 7, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2827-01-ORDER-revised.wpd