UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SAPA EXTRUSIONS, INC.** *f/k/a* *Alcoa Extrusions, Inc.* | : |
| | : |
| **Plaintiff** | CIVIL ACTION NO. 3:13-2827 |
| | : |
| **v.** | |
| | :   (JUDGE MANNION) |
| **LIBERTY MUTUAL INSURANCE COMPANY,** *et al.* | : |
| **Defendants** | : |

## ORDER

In accordance with the memorandum filed this same day, **IT IS HEREBY ORDERED THAT**:

(1) Defendant Gerling Konzern Allgemeine Versicherungs-AG, a/k/a Gerling-Konzern General Insurance Company's ("Gerling") Motion to Seal Selected Documents in Connection With Its Motion for Summary Judgment, (Doc. 153), is **DENIED**; and

(2) Gerling is directed to resubmit its Motion to Seal. In the new motion, Gerling must identify **only those documents and portions of documents that clearly and justifiably** fall within this court's January 11, 2016 Confidentiality Order, and provide the court with adequate explanation for each redaction or alleged confidential document.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: July 7, 2016**