# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SAPA EXTRUSIONS, INC.** : | |
| : | **CIVIL ACTION NO. 3:13-2827** |
| **Plaintiff** : | |
| : | **(JUDGE MANNION)** |
| v. : | |
| : | |
| **LIBERTY MUTUAL INSURANCE** : | |
| **COMPANY,** *et al.* : | |
| : | |
| **Defendants** : | |

# O R D E R

In accordance with the accompanying memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** the motion for leave to file a consolidated brief of defendant Gerling-Konzern Allgemeine Versicherungs-AG, (Doc. 261), is **DENIED**; and

**(2)** the motion for sanctions of defendant Gerling-Konzern Allgemeine Versicherungs-AG, (Doc. 262), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: May 1, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2827-05-Order.docx