**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SAPA EXTRUSIONS, INC.** | : | |
| | : | **CIVIL ACTION NO. 3:13-2827** |
| **Plaintiff** | : | |
| | : | **(JUDGE MANNION)** |
| **v.** | : | |
| | : | |
| **LIBERTY MUTUAL INSURANCE** | : | |
| **COMPANY**, *et al.* | : | |
| | : | |
| **Defendants** | : | |

## O R D E R

In accordance with the accompanying memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1)    the motion for partial summary judgment of plaintiff Sapa Extrusions, Inc., (Doc. 181), is **DENIED**;

(2)    the motion for summary judgment of defendant Gerling-Konzern Allgemeine Versicherungs-AG, (Doc. 150), is **GRANTED**;

(3)    the motion for summary judgment of defendant Liberty Mutual Insurance Company, (Doc. 178), is **GRANTED**;

(4)    the motion for summary judgment of defendant Great American Assurance Company, (Doc. 185), is **GRANTED**;

(5)    the motion for summary judgment of defendant Arch Specialty Insurance Company, (Doc. 187), is **GRANTED**;

**(6)** the joint motion for summary judgment of defendants National Union Fire Insurance Company of Pittsburgh, Pa. and Insurance Company of the State of Pennsylvania, (Doc. 191), is **GRANTED**;

**(7)** the joint motion for summary judgment of defendants Pacific Employers Insurance Company and ACE American Insurance Company, (Doc. 197), is **GRANTED**; and

**(8)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: May 1, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2827-04-Order.docx